NO-JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOHAR SHINDE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NITHYANANDA FOUNDATION, et al., <br><br> Defendants. | Case No. <br> EDCV 13-00363 JGB (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 10, 2013

JESUS G. BERNAL
United States District Judge